United States District Court
Western District of Oklahoma

FILED
JUL 28 2010
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

Jeremy Pinson,
   Plaintiff,

v.

David Miller,
Ron Peters,
Beverly Taylor,
Geo Group Inc.,
Dennis Cunningham,
   Defendants

CIV-10-807-F

COMPLAINT
Pursuant to 42 U.S.C. 1983

## Jurisdiction

1. Jurisdiction is asserted pursuant to 42 U.S.C. 1983 and 28 U.S.C. 1331, 1343(3).

## Parties

2. Plaintiff Jeremy Pinson, at all times relevant to this Complaint was an inmate at the Lawton Correctional Facility in the custody of the Oklahoma Department of Corrections.

3. Defendant David Miller, at all times relevant to this Complaint was employed as Warden of the Lawton Correctional Facility. (hereinafter "LCF").

1

4. Defendant Ron Peters, at all times relevant to this Complaint was employed as Chief of Security at LCF.

5. Defendant Beverly Taylor, at all times relevant to this Complaint was employed as Case Manager, at LCF.

6. Defendant GeO Group Inc., is a Florida Corporation doing business in Oklahoma and operates the LCF at 8607 SE Flowermound Road, Lawton, OK, 73501 by contract with the Oklahoma Department of Corrections.

7. Defendant Dennis Cunningham, at all times relevant to this Complaint was employed as Private Prison Administrator for the Oklahoma Dept. of Corrections overseeing LCF.

8. All defendants are sued in their individual capacity.

## Cause of Action

9. CLAIM ONE: Violation of the Eighth Amendment to the U.S. Constitution

10. CLAIM TWO: Violation of the First Amendment to the U.S. Constitution

## CLAIM ONE: Supporting Facts

11. Plaintiff entered the custody of the Oklahoma Department of Corrections in March 2004.

12. While incarcerated in the Okla. DOC, Cimarron Correctional Facility on Mar. 22, 2005 a riot occurred and Plaintiff witnessed the murder of Adam Gene Lippert a Member of the Universal Aryan Brotherhood gang. ("UAB's").

13. Following the riot Plaintiff cooperated with law enforcement officials investigating the incident and was subsequently labeled a "snitch" by UAB's Members.

14. Plaintiff was later transferred to LCF and housed in the general population.

15. Plaintiff was assigned to a housing unit with UAB gang members who threatened Plaintiff.

16. Plaintiff reported the threats to defendants Miller, Peters and Taylor who refused to house Plaintiff in protective custody.

17. Plaintiff was later assaulted the next day by UAB gang members causing serious physical injuries.

18. Plaintiff was moved to a segregation unit where he was again assaulted by his cellmate.

19. The LCF was known throughout the Oklahoma DOC as a "gladiator school" for the high volume of inmate on inmate assaults.

20. Prior to transfer to LCF Plaintiff wrote a letter to defendant Cunningham while housed at the CCF prison to seperate Plaintiff from all UAB's.

21. Defendant Cunningham took no action to protect the Plaintiff and continued to permit UAB gangmembers to be housed in the general population where they repeatedly assaulted, extorted, raped and murdered other inmates.

22. Defendant Geo Group Inc. operated LCF, knew of the high volume of assaults but failed to supervise and train it's staff properly and to segregate violent or predacious inmates resulting in the lawless environment at LCF where Plaintiff and many others were assaulted.

23. Following Plaintiff's placement in segregation at LCF he complained to defendant Miller about the assault and requested a grievance form which defendant Miller refused to provide.

24. Plaintiff continually requested grievance forms while housed at LCF and was informed by defendant Taylor that he would not be permitted to file a grievance until release from segregation and that because Plaintiff had filed a lawsuit against defendants Miller and Peters she would submit a "transfer packet" to the Okla. State Penitentiary ("OSP")

25. Plaintiff was later transferred to OSP by defendants Taylor and Miller.

## Requested Relief

26. Compensatory Damages of $5,000.00 per defendant.

27. Punitive Damages of $45,000.00 per defendant.

It is So Prayed.

*[signature]*

Jeremy Pinson #16267-064
FCI Talladega
PO Box 1000
Talladega, AL, 35160
Plaintiff

## Declaration

I declare under penalty of perjury that the aforegoing is true and correct pursuant to 28 U.S.C. 1746.

Executed July 1, 2010.

*[signature]*
Jeremy Pinson